**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | ) | |
| | ) | |
| | ) | **4:08CR00400** |
| | ) | |
| **KEITH D. BREWER** | ) | |

**ORDER**

The government's motion to dismiss the citation (docket entry no. 4) is granted, and the citation is dismissed.

IT IS SO ORDERED this  8  day of January, 2009..

_____
UNITED STATES MAGISTRATE JUDGE